

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2021

No. 04-20-00214-CV

John E. **VOGT** and Nelda L. Vogt,
Appellants

v.

Derra **EDWARDS**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 06-150
Honorable Solomon Casseb III, Judge Presiding[1]

## ORDER

In accordance with this court's opinion of this date, the appellee's motion to dismiss is GRANTED. We DISMISS this appeal FOR WANT OF JURISDICTION. Appellants' alternative request for mandamus relief is DENIED.

It is so **ORDERED** on July 28, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1] The Honorable Kirsten B. Cohoon is the presiding judge of the 451st Judicial District Court. The Honorable Solomon Casseb III, sitting by assignment, signed the complained of order.